Ira Bodenstein
Fox Rothschild, LLP
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CARMODY, BRIAN JAMES     §   Case No. 17-25784
                                                                 §
                                                                 §
Debtor(s)                                     §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 28, 2017.  The undersigned trustee was appointed on August 28, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $        12,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 82.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 11,917.68 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/08/2018 and the deadline for filing governmental claims was 02/24/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.50, for total expenses of $10.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2019        By: /s/Ira Bodenstein
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-25784
**Case Name:** CARMODY, BRIAN JAMES

**Period Ending:** 01/24/19

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 08/28/17 (f)
**§341(a) Meeting Date:** 09/28/17
**Claims Bar Date:** 03/08/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account: Chase<br>   Orig. Description: Checking Account: Chase; Imported from original petition Doc# 1; Exemption: Chase - Amount: 2000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture and household goods<br>   Orig. Description: Furniture and household goods; Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | Personal clothing<br>   Orig. Description: Personal clothing; Imported from original petition Doc# 1; Exemption: Personal clothing - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | IRA: E-Trade<br>   Orig. Description: IRA: E-Trade; Imported from original petition Doc# 1; Exemption: E-Trade - Amount: 6500.00 | 6,500.00 | 0.00 | | 0.00 | FA |
| 5 | TD Ameritrade<br>   Orig. Description: TD Ameritrade; Imported from original petition Doc# 1; Exemption: TD Ameritrade - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 BMW 5 Series, 111,000 Miles. Entire propert<br>   Orig. Description: 2004 BMW 5 Series, 111,000 Miles. Entire property value: $3,000.00; Imported from original petition Doc# 1; Exemption: BMW 5 Series 2004 - Amount: 2400.00; Exemption: BMW 5 Series 2004 - Amount: 600.00 | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | 50% interest in McDivots's Bar & Grill<br>   Orig. Description: 50% interest in McDivots's Bar & Grill; Imported from original petition Doc# 1; Exemption: 50% interest in McDivots's Bar & Grill - Amount: 900.00 | 45,000.00 | 100.00 | | 7,000.00 | FA |
| 8 | 2017 Federal Tax Refund (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$58,500.00** | **$5,100.00** | | **$12,000.00** | **$0.00** |

Printed: 01/24/2019 03:52 PM   V.14.14

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-25784  
**Case Name:** CARMODY, BRIAN JAMES  

**Period Ending:** 01/24/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/28/17 (f)  
**§341(a) Meeting Date:** 09/28/17  
**Claims Bar Date:** 03/08/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

03/31/2018 - Asset investigation underway.

**Initial Projected Date Of Final Report (TFR):** March 31, 2019       **Current Projected Date Of Final Report (TFR):** March 31, 2019

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-25784  
**Case Name:** CARMODY, BRIAN JAMES  

**Taxpayer ID #:** **-***9576  
**Period Ending:** 01/24/19  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4566 - Checking Account  
**Blanket Bond:** $45,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/18 | {8} | Brian James Carmody | 2017 Federal Tax Refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,930.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,925.00 |
| 10/15/18 | {7} | John Ries | Purchase price for Sale of Carko Holding interest. Approved by Order entered 9/5/18 Dkt # 26. | 1129-000 | 7,000.00 | | 11,925.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.32 | 11,917.68 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 82.32 | **$11,917.68** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,000.00 | 82.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$82.32** | |

Net Receipts : 12,000.00  
Net Estate : $12,000.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4566** | 12,000.00 | 82.32 | 11,917.68 |
| | **$12,000.00** | **$82.32** | **$11,917.68** |

{} Asset reference(s)

Printed: 01/24/2019 03:52 PM V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 8, 2018

**Case Number:** 17-25784  
**Debtor Name:** CARMODY, BRIAN JAMES

Page: 1

**Date:** January 24, 2019  
**Time:** 03:52:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $10.50 | $0.00 | 10.50 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,950.00 | $0.00 | 1,950.00 |
| 1<br>610 | Marquette Bank<br>15959 S. 108th Ave.<br>Orland Park, IL 60467 | Unsecured | 3775 | $38,950.49 | $0.00 | 38,950.49 |
| 2<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 4443 | $6,064.77 | $0.00 | 6,064.77 |
| 3<br>610 | Directv, LLC<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $225.49 | $0.00 | 225.49 |
| NOTFILED<br>610 | Ditech Financial LLC<br>CIO Heavner Beyers Mihlar LLC<br>100 N La Salle St Ste1410<br>Chicago, IL 60602-3534 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 5370 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 4771 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 2468 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 2469 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 2467 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 2216 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Loyola University Health Syste<br>2160 S 1st Ave<br>Maywood, IL 60153-3328 | Unsecured | 2217 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Marquette Bank<br>Gomberg Sharfman PC<br>208 S La Salle St Ste 1400<br>Chicago, IL 60604-1251 | Unsecured | 2683 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 8, 2018

**Case Number:** 17-25784　　　　　　　　　　　　　Page: 2　　　　　　　　　　**Date:** January 24, 2019
**Debtor Name:** CARMODY, BRIAN JAMES　　　　　　　　　　　　　　　　　　　　**Time:** 03:52:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 47,201.25 | 0.00 | 47,201.25 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-25784
Case Name: CARMODY, BRIAN JAMES
Trustee Name: Ira Bodenstein

**Balance on hand:**  $ 11,917.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,917.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - Ira Bodenstein | 10.50 | 0.00 | 10.50 |

Total to be paid for chapter 7 administration expenses: $ 1,960.50
Remaining balance: $ 9,957.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,957.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,957.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 45,240.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Marquette Bank | 38,950.49 | 0.00 | 8,572.74 |
| 2 | Capital One Bank (USA), N.A. | 6,064.77 | 0.00 | 1,334.81 |
| 3 | Directv, LLC | 225.49 | 0.00 | 49.63 |

Total to be paid for timely general unsecured claims: $ 9,957.18
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**